## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 10cv140      Assigned/Issued By: jn

Judge Name:      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons      ☐ Alias Summons
☐ Third Party Summons      ☐ Lis Pendens
☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
           *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets      ☐ Other
☐ Writ _____
     *(Type of Writ)*      *(Type of issuance)*

1 Original and 0 copies on 2-16-10 as to ppp, inc.
                        *(Date)*