IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 CV 0140 |
| | ) | |
| PPP, INC. and FIDELITY COMMUNICATIONS CORPORATION, | ) | Judge Bucklo |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FIDELITY COMMUNICATIONS CORPORATION'S DISCLOSURE STATEMENTS PURSUANT TO FRCP 7.1 AND L.R. 3.2**

NOW COMES a Defendant, Fidelity Communications Corporation, and pursuant to FRCP 7.1 and L.R. 3.2 hereby makes the following disclosures:

1. Fidelity Communications Corporation has no parent corporation.

2. No publicly held corporation holds more than 10% of its stock.

3. Pursuant to L.R. 3.2 Fidelity Communications Corporation has no affiliates.

        Respectfully submitted,

        FIDELITY COMMUNICATIONS
        CORPORATION


        s/Bart T. Murphy
        By one of its attorneys

Bart T. Murphy # 6181178
Ice Miller LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
(630) 955-6392

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on March 19, 2010, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

Alexander H. Burke   ABurke@BurkeLawLLC.com

s/Bart T. Murphy

Bart T. Murphy
Ice Miller LLP
2300 Cabot Dr., Ste,. 455
Lisle, IL 60532
(630) 955-6392