# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

NICHOLAS MARTIN, on behalf of himself and others similarly situated,
v.
PPP, INC. and FIDELITY COMMUNICATIONS CORPORATION

Case Number: 1:10-cv-140

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PPP, INC.

| |
|---|
| NAME (Type or print)<br>William A. Chittenden, III |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William A. Chittenden, III |
| FIRM<br>CHITTENDEN MURDAY & NOVOTNY, LLC |
| STREET ADDRESS<br>165 N. Canal Street, Suite 1400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06183452 | TELEPHONE NUMBER<br>312-281-3600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐