# Appendix A

# STATEMENT OF DECISION



*Sutton v. First Chartered Financial*
Small Claims Appeals, in Case Nos. 4-03-SC-003174
　　　　　　　　　　　　　　　　4-04-SC-006735
　　　　　　　　　　　　　　　　4-04-SC-006736

The Court is satisfied that each alleged violation of the Telephone Consumer P Act of 1991 (TCPA) constitutes a separate and distinct statutory violation, and aggrieved consumer may sue separately for statutory damages for each such al violation. 47 USC Sec. 227(b)(3) provides for a private right of action, and all consumer to bring "an action . . .for each such violation." As such, plaintiff Su file each of his statutory actions separately (as he has already done), and he ma each heard separately without violating the prohibition on splitting claims in S Claims Court Nothing in this ruling, however, prevents the Small Claims Cou scheduling more than one of plaintiff's cases for hearing on the same calendar.

The three above matters are hereby ordered returned to Small Claims Court fo of a hearing date.

Dated: October 4, 2004.

**ROBERT A. BAINES**
ROBERT A. BAINES
Judge of the Superior Cou

Obtained from
**TCPALAW.COM**
The leading source for TCPA legal research

Copyright © 2010. No claim to text of U.S. Government works. This file is property of TCPALaw.com. Acquisition and use of this document is subject to subscriber agreement. All rights reserved. Contact subscriptions@TCPALaw.com for more information.