THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN, on behalf of himself and others similarly situated | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Case No. 10cv140<br>) |
| PPP, INC., and FIDELITY COMMUNICATIONS CORPORATION, | )   Judge Elaine E. Bucklo<br>)<br>) |
| Defendants. | ) |

**PPP, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING TO COMPLAINT**

Defendant, PPP, INC., by its attorneys, William A. Chittenden, III and Jennifer S. Stegmaier of Chittenden, Murday & Novotny LLC, hereby moves for an extension of time to file its responsive pleading to the Complaint and states:

1. On January 11, 2010, Plaintiff filed the Complaint asserting claims under the Telephone Consumer Protection Act, 47 U.S.C.A. § 227, *et. seq.*, against PPP, INC. and FIDELITY COMMUNICATIONS CORPORATION.

2. On April 6, 2010, PIP, INC. was served with a copy of the Complaint and Summons. Accordingly, PPP, INC.'s responsive pleading to Plaintiff's Complaint is due on April 27, 2010.

3. PPP, INC. has worked diligently to file its responsive pleading by April 27, 2010, however, despite its efforts to do so requires additional time to do so.

4. PPP, INC. respectfully requests a twenty-one day extension of time to file its responsive pleading to and including May 18, 2010.

-2-

5. Counsel for Plaintiff, NICOLAS MARTIN, does not object to PPP, INC.'s request for an extension of time to file its responsive pleading to and including May 18, 2010.

6. This motion is not brought to unnecessarily delay these proceedings or to prejudice any of the parties to this litigation.

WHEREAS, PPP, INC. moves for an Order granting it a twenty-one day extension of time to file its responsive pleading to Plaintiff's Complaint to and including May 18, 2010.

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC


By:     /s/ Jennifer S. Stegmaier
        One of the Attorneys for
        PPP, INC.


William A. Chittenden, III
Jennifer S. Stegmaier
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 fax

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **April 23, 2010,** I electronically filed the foregoing PPP, Inc.'s Unopposed Motion to Extend Time to File Responsive Pleading to Complaint with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following registered CM/ECF participants:

    Alexander Burke, Esq.
    Burke Law Offices, LLC
    155 N. Michigan Avenue
    Suite 9020
    Chicago, IL  60601
    aburke@burkelawllc.com

    Bart Murphy, Esq.
    Ice Miller LLP
    2300 Cabot Drive
    Suite 455
    Lisle, IL  60532
    bart.murphy@icemiller.com

                                                         /s/ Jennifer S. Stegmaier

O:\PA101\41557-PPP, Inc\PLEADINGS\Motion to Extend.doc