IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10 CV 0140 |
| ) | |
| PPP, INC. and FIDELITY COMMUNICATIONS ) | Judge Bucklo |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT FIDELITY COMMUNICATIONS CORPORATION'S ERRATA SHEET CONCERNING ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**

Defendants Fidelity Communications Corporation hereby submits the following errata sheet to correct errors which were made it its Reply Memorandum filed in support of its motion to dismiss. Exhibit 1 hereto is a corrected version of the Reply Memorandum containing the corrections set forth below.

1. The bolded text in the sentence below which begins at the end of page one and continues on page two was omitted.

> Second, Plaintiff asserts that even if the settlement offer provided him with all the relief to which he would be entitled to from Fidelity, the decisions of the Seventh Circuit and other Judges in this District holding that where a defendant makes a settlement offer to a named plaintiff in a putative class action <u>prior to the time plaintiff files a motion for class certification</u>, then the plaintiff's claim is moot, plaintiff lacks standing to bring the action and the case must be dismissed as the Court has no jurisdiction to hear a claim, **are wrong**.

2. The cite contained at the end of footnote one on page six is incorrect and incomplete (see bolded changes) and should be revised as follows:

> *Charvat* concerned a claim under Subsection (c) of the TCPA but the principal is also applicable to the claim under Subsection (b) which is asserted in this case. *Charvat v. NMP, LLC,* No. 2:09-cv-209, **2010 U.S. Dist Lexis 31983 at \*16 (S.D. Oh. March 31, 2010).**

3. The word "above" should be removed from the first sentence of the first complete paragraph on page seven to change the sentence as follows:

> The Court should follow the decisions of the Sixth Circuit and District Courts in the Southern District of Ohio and hold that a plaintiff under a Subsection (b) claim is limited to a single recovery of damages regardless of how many actual TCPA violations are associated with the call.

4. Exhibit 1 attached hereto is a revised version of the Reply Memorandum (Dkt. #25) and contains all of the revisions above.

                                                      Respectfully submitted,

                                                      FIDELITY COMMUNICATIONS CORPORATION

                                                      s/Bart T. Murphy
                                                      By one of its attorneys

Bart T. Murphy # 6181178
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
(630) 955-6392

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, states that on April 24, 2010, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

    Alexander H. Burke  ABurke@BurkeLawLLC.com

    William A. Chittenden, III  wchittenden@cmn-law.com

    Jennifer S. Stegmaier  jstegmaier@cmn-law.com


    s/Bart T. Murphy

    Bart T. Murphy
    Ice Miller LLP
    2300 Cabot Dr., Ste,. 455
    Lisle, IL 60532
    (630) 955-6392