# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **NICHOLAS MARTIN, on behalf of himself and others similarly situated** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Case No. 10cv140 |
| **PPP, INC., and FIDELITY COMMUNICATIONS CORPORATION,** ) ) ) ) | Judge Elaine E. Bucklo |
| **Defendants.** ) | |

## CHITTENDEN, MURDAY & NOVOTNY, LLC'S
## MOTION TO WITHDRAW AS COUNSEL FOR PPP, INC.

William A. Chittenden, III and Jennifer S. Stegmaier of Chittenden, Murday & Novotny LLC. ("Movants"), pursuant to Local Rules 83.51.16(b)(1)(D) and (F) of the United States District Court for the Northern District of Illinois, hereby seek leave to withdraw as counsel for PPP, INC., and state:

1. On January 11, 2010, Plaintiff filed the Complaint asserting claims under the Telephone Consumer Protection Act, 47 U.S.C.A. § 227, *et. seq.*, against PPP, INC. and FIDELITY COMMUNICATIONS CORPORATION ("FIDELITY").

2. On March 12, 2010, FIDELITY filed a Motion to Dismiss, on April 8, 2010, Plaintiff filed an Opposition to FIDELITY's Motion to Dismiss and, on April 22, 2010, FIDELITY filed a Reply Brief in Further Support of its Motion to Dismiss.

3. On March 12, 2010, Plaintiff filed a Motion for Class Certification.

4. On March 18, 2010, the court entered an Order staying discovery in the action pending its ruling on FIDELITY's Motion to Dismiss and also entered and continued Plaintiff's Motion for Class Certification.

5.      On or about April 5, 2010, PIP, INC. agreed, in writing, to waive service of Summons and, on that same day, William A. Chittenden, III and Jennifer S. Stegmaier of Chittenden, Murday & Novotny LLC, filed their appearances on behalf of PPP, INC.[1]  On May 18, 2010, with leave of court, PPP, INC. filed a Motion to Dismiss Plaintiff's Complaint and noticed its motion for hearing on May 24, 2010.

6.      On May 20, 2010, the court entered and continued PPP, Inc.'s Motion to Dismiss and, thereafter, set the matter for status on June 7, 2010, and the parties appeared for a status conference on June 7, 2010.  To date, the court has not yet ruled on PPP, INC.'s and FIDELITY's respective Motions to Dismiss.

7.      Due to irreconcilable differences, Movants now seek leave of court to withdraw as counsel for PPP, INC. pursuant to Local Rules 83.51.16(b)(1)(D) and (F).

8.      In addition, Movants respectfully request that the court grant PPP, INC. twenty-eight (28) days after the entry of an order granting counsel at Chittenden, Murday & Novotny, LLC's withdrawal to secure substitute counsel or file an appearance.

9.      Movants have taken all reasonable steps to avoid foreseeable prejudice to the rights of PPP, INC. under Local Rule 83.51.16(d), including giving due notice to PPP, INC. of their intention to withdraw from representing its interests in this case, seeking leave of court to allow time for PPP, INC. to employ other counsel, delivering to the client all papers and property to which PPP, INC. is entitled, and complying with applicable laws and rules.

10.     PPP, INC. will not be prejudiced by Movants withdrawal; the court has not yet ruled on PPP, INC.'s or FIDELITY's respective Motions to Dismiss, no Answer to the

---

[1] On April 6, 2010, PIP, INC. was personally served with a copy of the Complaint and Summons.

-3-

Complaint is due at this time, and no discovery has yet commenced in this action (and the court's stayed against discovery remains in effect).

11. This motion is not brought to unnecessarily delay these proceedings or to prejudice the rights of any of the parties to this litigation.

**WHEREAS**, PPP, INC. moves the court for an Order granting it leave to withdraw as counsel for PPP, INC. in this case and granting PPP, INC. twenty-eight (28) days to secure substitute counsel or file an appearance.

                                    Respectfully submitted,

                                    CHITTENDEN, MURDAY & NOVOTNY LLC

                                    By: /s/ Jennifer S. Stegmaier
                                          One of the Attorneys for
                                          PPP, INC.

William A. Chittenden, III
Jennifer S. Stegmaier
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 fax

-4-

## CERTIFICATE OF SERVICE

     I hereby certify that on **June 24, 2010,** I electronically filed the foregoing Chittenden, Murday & Novotny, LLC's Motion to Withdraw as Counsel for PPP, Inc. with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following registered CM/ECF participants:

    Alexander Burke, Esq.
    Burke Law Offices, LLC
    155 N. Michigan Avenue
    Suite 9020
    Chicago, IL  60601
    aburke@burkelawllc.com

    Bart Murphy, Esq.
    Ice Miller LLP
    2300 Cabot Drive
    Suite 455
    Lisle, IL  60532
    bart.murphy@icemiller.com

                                                  /s/ Jennifer S. Stegmaier

O:\PA101\41557-PPP, Inc\PLEADINGS\Motion to Withdraw.doc