UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.1.1**
Eastern Division

Nicholas Martin
                               Plaintiff,

v.                                                          Case No.: 1:10–cv–00140
                                                          Honorable Elaine E. Bucklo

PPP, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 2, 2010:

      MINUTE entry before Honorable Elaine E. Bucklo:Motion for order [48] is denied; Status hearing held on 12/2/2010. Plaintiff's motion to initiate discovery as to class members is denied, without prejudice. The only issues left in this case are whether, as PPP argues, the case should be dismissed on summary judgment because the individual plaintiff received all the relief he could get or conversely, whether plaintiff and members of a class that would be limited to persons receiving calls made by Fidelity on behalf of PPP, are entitled to injunctive relief and/or damages. Plaintiff is not entitled to discovery of the names of other persons who may have been contacted by Fidelity. PPP does not contest numerosity and therefore the identity of class members is not presently necessary. PPP shall file its summary judgment motion as discussed in court and shall also file its response to plaintiff's motion for class certification motion by 12/23/10. Plaintiff's reply to the motion for class certification and response to the summary judgment motion shall be filed by 1/13/11. Ruling set for 1/27/2011 at 09:30 AM. Pursuant to order dated 6/25/10, defendant PPP, its officers, employees, agents, and assigns, are enjoined and prohibited from making calls to cellular telephones using artificial or prerecorded voice messages except to the extent it can demonstrate the prior express consent of the called party to receive such calls.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.