# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 10 C 0140 |
| PPP, INC., and FIDELITY COMMUNICATIONS CORPORATION, | ) ) ) ) | Judge Elaine Bucklo Magistrate Judge Schenkier |
| Defendants. | ) ) | |

## DEFENDANT PPP, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant PPP, INC., by its attorneys, moves this Court pursuant to Fed R. Civ. P. 56 for the entry of an order granting summary judgment in its favor and against the plaintiff, on the basis that the Court lacks jurisdiction over the plaintiff's claims, as no "case or controversy" any longer exists between the parties. In support of its Motion, PPP submits its Statement of Undisputed Facts with attached exhibits, as well as its supporting Memorandum of law.

WHEREFORE, PPP, Inc. requests that this Court enter an order granting summary judgment in its favor and against the plaintiff, and for any other relief this Court deems just.

Dated: December 23, 2010                                Respectfully Submitted,

                                                        PPP, INC.


                                                        By:  s/ Martin D. Snyder
                                                              One of its Attorneys

Martin D. Snyder
**LAW OFFICES OF MARTIN SNYDER, P.C.**
203 North LaSalle Street, Suite 1620
Chicago, Illinois 60601
312-380-6588
312-278-0336 (fax)
martin@snyderlawchicago.com

*Attorney for Defendant*
  *PPP, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Martin D. Snyder, an attorney in the foregoing matter, hereby certify that I caused copies of Defendant PPP, Inc.'s Motion for Summary Judgment to be served on all counsel of record in this matter via the Court's Electronic Filing System, and where required, at the addresses listed below by placing the same in the U.S. Mailbox at 203 North LaSalle Street, Chicago, Illinois, before 5:00 p.m. with proper postage prepaid, on December 23, 2010.

                                                                                                  s/ Martin D. Snyder
                                                                                                  Martin D. Snyder
                                                                                                  Attorney at Law

**Copies Served Upon:**

Alexander Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, Illinois 60601
ABurke@BurkeLawLLC.com