IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN, on behalf of himself and others similarly situated, <br>    Plaintiff, <br><br> v. <br><br> FIDELITY COMMUNICATIONS CORPORATION, and <br> PPP, INC., <br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1:10-cv-140 <br><br> Judge Bucklo <br><br><br> JURY DEMANDED |

**Fed.R.Civ.P. 41 Stipulation for Dismissal of Certain Counts Without Prejudice**

Plaintiff Nicholas Martin and defendant PPP, Inc. hereby stipulate to dismissal of plaintiff's claims against PPP, Inc. under Count I and Count II, without prejudice and without costs.  This stipulation does not affect plaintiff's claims under Count III.


/s/Alexander H. Burke       /s/Martin D. Snyder (with consent)
Counsel for plaintiff Nicholas Martin       Counsel for defendant PPP, Inc.

**BURKE LAW OFFICES, LLC**       **LAW OFFICES OF MARTIN SNYDER PC**
155 N. Michigan Ave., Suite 9020       203 North LaSalle Street, Suite 1620
Chicago, IL 60601       Chicago, Illinois 60601
(312) 729-5288       312-380-6588
(312) 729-5289 (fax)       312-278-0336 (fax)
ABurke@BurkeLawLLC.com       martin@snyderlawchicago.com
www.BurkeLawLLC.com