IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN, on behalf of himself and others similarly situated, | ) ) | 1:10-cv-140 |
| Plaintiff, | ) ) | |
| | ) | Judge Bucklo |
| v. | ) ) | |
| FIDELITY COMMUNICATIONS CORPORATION, and PPP, INC., | ) ) ) | JURY DEMANDED |
| Defendant. | | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Plaintiff notifies this Court that he has accepted PPP, Inc's offer of judgment attached as Exhibit A.

Alexander H. Burke certifies that the offer of judgment attached as Exhibit A was accepted through serving written notice by email to counsel for PPP, Inc., Martin Snyder, on January 5, 2011. Exhibit B.

Respectfully submitted,

/s/Alexander H. Burke
Counsel for Plaintiff

**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) vs. ) | No. 10 C 140 |
| ) PPP, Inc. and FIDELITY COMMUNICATIONS, ) ) Defendants. ) ) | Judge Elaine Bucklo Magistrate Judge Schenker |

## RULE 68 OFFER OF JUDGMENT

To: Alex H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, Illinois 60601
aburke@burkelawllc.com

Pursuant to Fed. R. Civ. P. 68(a), the defendant, PPP, INC., ("**PPP**") hereby offers to the plaintiff entry of judgment in his favor and against PPP on Count III of the plaintiff's Complaint on the following terms:

- Entry of judgment in favor of plaintiff and against PPP on Count III of the Complaint, including any costs of suit that the plaintiff could recover at trial against PPP that have not already been paid or tendered, with the Court to enter a stipulated, permanent injunction preventing PPP from making or hiring someone else to make calls to cellular telephones using an automatic telephone dialer, and from making or hiring someone else to make calls to cellular telephones using an artificial or prerecorded voice message, unless PPP can demonstrate the prior express consent of the called party to receive such calls.

- To the extent necessary or required by the Court, the stipulated certification of the Rule 23(b)(2) plaintiffs' class defined in Count III of the Complaint to effectuate the injunction described above.

Dated: December 23, 2010                PPP, INC.

By: <u>s/ Martin D. Snyder</u>
      One of its Attorneys

Martin D. Snyder
**LAW OFFICES OF MARTIN SNYDER, P.C.**
203 North LaSalle Street, Suite 1620
Chicago, Illinois 60601
312-380-6588
312-278-0336 (fax)
martin@snyderlawchicago.com

*Attorney for Defendant*
 *PPP, Inc.*

## CERTIFICATE OF SERVICE

I, Martin D. Snyder, an attorney in the foregoing matter, hereby certify that I caused copies of PPP's Rule 68 Offer of Judgment to be served on all counsel of record in this matter at the addresses listed below by placing the same in the U.S. Mailbox at 203 North LaSalle Street, Chicago, Illinois, before 5:00 p.m. with proper postage prepaid, on December 23, 2010.

s/ Martin D. Snyder
Martin D. Snyder
Attorney at Law

**Copies Served Upon:**

Alex H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, Illinois 60601
aburke@burkelawllc.com

3

# Exhibit B

# Alex Burke

| | |
|---|---|
| **From:** | Martin Snyder <martin@snyderlawchicago.com> |
| **Sent:** | Wednesday, January 05, 2011 12:15 PM |
| **To:** | 'Alex Burke' |
| **Subject:** | RE: Offer of Judgment Acceptance in Martin v. PPP, Inc. |

Fantastic. Thanks, Alex.

**From:** Alex Burke [mailto:ABurke@BurkeLawLLC.com]
**Sent:** Wednesday, January 05, 2011 12:14 PM
**To:** Martin D. Snyder
**Subject:** Offer of Judgment Acceptance in Martin v. PPP, Inc.

Martin,

This email is to confirm that Nicholas Martin accepts the attached offer of judgment.

Alex Burke


BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

The information transmitted through this communication is intended only for the addressee and may contain confidential and/or privileged material. Any unauthorized interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited and may subject the unauthorized person or entity to criminal or civil liability. If you received this communication in error, please contact us immediately at (312) 729-5288, and delete the communication from any computer or network system. This message is not intended to create an attorney-client relationship. Unless you have entered into a written, signed document entitled "Authorization" with Burke Law Offices, LLC, the firm does not represent you.