IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NICHOLAS MARTIN, on behalf of himself          )
and others similarly situated,                 )
                                               )
                    Plaintiff,                 )
    vs.                                        )      No. 10 C 140
                                               )
PPP, Inc. and FIDELITY COMMUNICATIONS,         )      Judge Elaine Bucklo
                                               )
                    Defendants.                )      Magistrate Judge Schenker
                                               )

ORDER

This matter coming to be heard on the Court's own motion, due notice having been given and the Court being fully advised, and the Court also having found that (1) Plaintiff Nicholas Martin has filed with the Court his formal acceptance of a Fed. R. Civ. P. 68 Offer of Judgment made by Defendant PPP, Inc. as to Count III of his Complaint, and (2) Plaintiff and Defendant PPP, Inc. have jointly filed a stipulation with the Court memorializing their agreement to voluntarily dismiss Counts I and II of Plaintiff's Complaint against PPP, Inc. pursuant to Fed. R. Civ. P. 41,

IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff and against Defendant PPP, Inc. as to Count III of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 68(a);

2. Defendant PPP, Inc. is permanently enjoined from making or hiring someone else to make telephone calls to cellular telephones using an automatic telephone dialer, and from making or hiring someone else to make telephone calls to cellular telephones using an artificial or prerecorded voice message, unless PPP, Inc. can demonstrate the prior express consent of the called party to receive such calls;

3. Counts I and II of Plaintiff's Complaint against Defendant PPP, Inc. are hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(2), without prejudice and with both parties to bear their own costs of suit for those counts.

Entered:

Dated: __1/13/11_____                    _Elaine E. Bucklo_____

                                               Elaine E. Bucklo
                                               United States District Court Judge

2