**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN, on behalf of himself and others similarly situated, </br>    Plaintiff, </br></br>    v. </br></br>FIDELITY COMMUNICATIONS CORPORATION, and </br>PPP, INC., </br>    Defendant. | 1:10-cv-140 </br></br>Judge Bucklo </br></br></br>JURY DEMANDED |

**NOTICE OF APPEAL**

Notice is hereby given that Nicholas Martin, plaintiff, by and through undersigned counsel, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit the District Court's order of June 25, 2010, granting defendant Fidelity Communications Corporation's motion to dismiss and refusing to permit plaintiff discovery as to other class members, docket item 46, and the District Court's December 2, 2010, refusal to permit plaintiff discovery to locate other class members, docket item 62.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com